UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **OSCAR RUBEN APAC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | EP-24-CV-00262-DCG |
| **JESUS M. VILLAR,** | § | |
| | § | |
| *Defendant.* | § | |

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

In a separate Order, the Court granted (in substantial part) Plaintiff Oscar Ruben Apac's Motion for a Default Judgment against Defendant Jesus M. Villar.[1] Accordingly, the Court **ENTERS** this **FINAL DEFAULT JUDGMENT** and **PERMANENT INJUNCTION** against Defendant pursuant to Federal Rules of Civil Procedure 55, 58, and 65.[2]

Defendant **SHALL COMPLY** with Title III of the Americans with Disabilities Act by:

(1) ensuring that one out of every six parking spaces in the Armando's Cafe #3 parking lot is van accessible, pursuant to 36 C.F.R. pt. 1191, App. C, § 208.2.4;

(2) ensuring that an accessible parking space is located on the shortest accessible route to Armando's Cafe #3's entrance, pursuant to 36 C.F.R. pt. 1191, App. C, § 208.3.1; and

---

[1] *See generally* Order Accepting R. & R., ECF No. 20.

[2] *See* FED. R. CIV. P. 55(b)(2) (authorizing the Court to issue a default judgment against a defaulted party); FED. R. CIV. P. 58(b)(2) ("[T]he court must promptly approve the form of the judgment, which the clerk must promptly enter . . . ."); FED. R. CIV. P. 58(a) (providing (with exceptions not relevant here) that "[e]very judgment . . . must be set out in a separate document"); FED. R. CIV. P. 65(d)(1) ("Every order granting an injunction . . . must: (A) state the reasons why it issued; (B) state its terms specifically; and (C) describe in reasonable detail—and not by referring to the complaint or other document—the act or acts restrained or required.").

(3)     ensuring that all accessible parking spaces are designated as reserved by a sign showing the symbol of accessibility, pursuant to 36 C.F.R. pt. 1191, App. C, § 216.5.[3]

Defendant shall implement those measures on or before **June 8, 2026**.

**Within 14 days** of the date of this Final Default Judgment, Plaintiff **MAY FILE** a Motion for Attorney's Fees in accordance with Federal Rule of Civil Procedure 54 and Western District of Texas Local Rule CV-54.

This is a **FINAL** and **APPEALABLE** judgment.

The Court **CLOSES** the case, subject to reopening if Plaintiff files (and the Court grants) a motion to conduct post-judgment discovery and/or for the Court to retain jurisdiction over this case to monitor Defendant's compliance with this injunction.[4]

The Clerk of Court **SHALL MAIL** this Judgment to:

Jesus M. Villar
7252 Alameda Avenue
El Paso, TX 79915

**So ORDERED and SIGNED this 10th day of December 2025.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

---

[3] *See* R. & R., ECF No. 16, at 20–21.

[4] *See* Order Accepting R. & R. at 9 (setting a December 29, 2025 deadline for Plaintiff to file such a motion).